IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03089-LTB

MANUEL DePINEDA,

    Applicant,

v.

TOM CLEMENTS, Warden of all CDOC,
JANICE B. DAVIDSON, C.J. Colorado Ct. Of Appeals, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

___

## JUDGMENT
___

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 30, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 30 day of November, 2012.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk


                    By: s/ S. Grimm
                         Deputy Clerk