**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03089-LTB

MANUEL DePINEDA,

    Applicant,

v.

TOM CLEMENTS, Warden of all CDOC,
JANICE B. DAVIDSON, C.J. Colorado Ct. Of Appeals, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's motion (ECF No. 5) filed on December 4, 2012, in which Applicant seeks the same relief he sought in his habeas corpus application filed on November 27, 2012, is DENIED for the same reasons specified in the Court's Order of Dismissal entered in this action on November 30, 2012.

Dated:  December 5, 2012